IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

- - - - - - - -

| | |
|---|---|
| SIGNCOMP, LLC ) | |
| ) | Civil Action No. 1:15-cv-304 |
| Plaintiff, ) | |
| v. ) | Honorable Gordon J. Quist |
| ) | |
| WAGNER ZIP-CHANGE, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties through counsel hereby provide the Court with notice that the parties have entered into a Confidential Settlement Agreement. Pursuant to that Confidential Settlement Agreement and subject to the Court retaining jurisdiction to enforce the Confidential Settlement Agreement, the parties through counsel hereby stipulate to dismissal by the Court of all claims and defenses in the above-captioned action without prejudice. A proposed order dismissing the action without prejudice is submitted herewith.

[SIGNATURES NEXT PAGE]

Dated: July 31, 2015

| | |
|---|---|
| **GARDNER, LINN, BURKHART AND FLORY, LLP** | **LAW WEATHERS** |
| By: /s/ Terence J. Linn | By: /s/ Kevin J. O'Dowd |
| Terence J. Linn (P33449) | Kevin J. O'Dowd (P39383) |
| Karl T. Ondersma (P-68028) | kodowd@lawweathers.com |
| 2851 Charlevoix Drive SE, Ste 207 | 800 Bridgewater Place |
| Grand Rapids, MI 49546 | 333 Bridge St NW |
| linn@glbf.com | Grand Rapids, MI 49504 |
| ondersma@glbf.com | Telephone: (616) 732-1742 |
| (616) 975- | Facsimile: (616) 913-1242 |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| SIGNCOMP, LLC | Wagner-Zip Change, Inc. |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I caused a copy of the foregoing document to be served on:

> Kevin J. O'Dowd
> Law Weathers
> 800 Bridgewater Place
> 333 Bridge St NW
> Grand Rapids, MI 49504

counsel for Defendants via 1st Class Mail.


Dated:  July 31, 2015               /s/ Terence J. Linn